829 F.Supp. 400

FEDERAL-MOGUL CORP, PLAINTIFF AND PLAINTIFF-INTERVENOR, AND TORRINGTON CO., PLAINTIFF AND PLAINTIFF-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND NTN BEARING CORP OF AMERICA, AMERICAN NTN BEARING MANUFACTURING CORP, NTN CORP, KOYO SEIKO CO., LTD., KOYO CORP OF U.S.A., PEER BEARING CO., NSK LTD., NSK CORP, CATERPILLAR, INC., MINEBEA CO., LTD., AND NMB CORP, DEFENDANT-INTERVENORS

Consolidated Court No. 91–07–00530

(Dated September 3, 1993)

## ORDER

TSOUCALAS, *Judge:* This case having been remanded to the Department of Commerce, International Trade Administration ("ITA"), pur-

suant to *Federal-Mogul Corp. v. United States,* 17 CIT 442, 839 F. Supp. 864 (1993), and the remand results having been filed with this Court on July 8, 1993 and an amendment to the remand results having been filed on August 6, 1993; it is hereby

ORDERED that the remand results filed with this Court on June 30, 1993 as amended on August 6, 1993 are hereby affirmed.